IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ernest Lail, # 11572-057, ) | |
| ) | No. 1:14-cv-4275-RMG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Ellen Rivera, Warden; Halbert Watson, ) | |
| Lieutenant; Carl Culvert, Lieutenant; ) | |
| Carlson, Lieutenant; Gonzalez, Captain; ) | **ORDER** |
| and John Doe, Mail Room Supervisor, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Defendant's action be summarily dismissed without prejudice and without service of process because the Complaint contains allegations that are "implausible, frivolous and delusional." (Dkt. No. 7 at 5). Plaintiff has filed a response to the R & R essentially rearguing the allegations contained in his complaint. (Dkt. No. 14).

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court is charged with making a de novo determination of those portions of the R & R to which objection is made. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting 28 U.S.C. § 636(b)(1)); *accord* Fed. R. Civ. P. 72(b).

The Court has reviewed the Complaint in this matter, the R & R and the Plaintiff's objections. The Court concurs in the findings and conclusions of the Magistrate Judge that

Plaintiff's claims do not remotely state a plausible set of facts or any claim for relief. Therefore, the Court **ADOPTS** in full the Magistrate Judge's Report and Recommendation (Dkt. No. 7) as the order of this Court. Accordingly, Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

January 16, 2015
Charleston, South Carolina